IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUPA MARYA, M.D., | Case No.  25-cv-04716-MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANTS TO SUBMIT COURTESY COPIES IN COMPLIANCE WITH COURT'S STANDING ORDERS** |
| v. | |
| BOARD OF REGENTS OF UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. | |

On September 19, 2025, defendants electronically filed a "Notice of Pendency of Other Action or Proceeding," as well an exhibit attached thereto.  To date, defendants have not submitted courtesy copies of said documents.

Pursuant to this Court's Standing Orders, "[c]ourtesy copies of filed documents shall be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing."  See Standing Orders for Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.  Additionally, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers."  See id.

Accordingly, defendants are hereby DIRECTED to submit forthwith the requisite courtesy copies of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: September 30, 2025

MAXINE M. CHESNEY
United States District Judge