UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUPA MARYA, M.D.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA; SAM HAWGOOD; CATHERINE LUCEY; ROBERT WACHTER; TRACEY TSUGAWA; BRIAN ALLDREDGE; WAN HA; AND DOES 1-20,<br><br>　　　　Defendants. | Case No. 3:25-cv-04716-MMC<br><br>**STIPULATED JOINT REQUEST TO MODIFY BRIEFING SCHEDULE**<br>AND ORDER THEREON<br><br>Judge: The Honorable Maxine M. Chesney |

　　　　Plaintiff Rupa Marya, M.D., and Defendants The Regents of the University of California, Sam Hawgood, Catherine Lucey, Robert Wachter, Won Ha, Tracey Tsugawa, and Brian Alldredge, through their counsel, and without admission of any kind, or waiver of any defense, objection, or response, hereby stipulate and request as follows:

　　　　WHEREAS, on October 10, 2025, Defendants moved to dismiss Plaintiff's complaint in this matter and, on October 22, 2025, Defendants demurred to certain causes of action in the related matter Plaintiff filed against Defendants in state court (case number 25CV125190 before the Superior Court of California for the County of Alameda);

　　　　WHEREAS, per the Court's order of September 18, 2025, the motion to dismiss briefing schedule is as follows: Plaintiffs' opposition to Defendants' motion to dismiss was due on November 12, 2025, and Defendants' reply brief in support of the motion to dismiss is due on November 26, 2025;

　　　　WHEREAS, in light of the number of claims and issues presented in this complaint, conflicting obligations of Plaintiff's counsel on other matters, and the Thanksgiving holiday, the parties have agreed to a briefing schedule as follows:  Plaintiff's amended complaint or opposition to Defendants' motion to dismiss is due on or before November 24, 2025; if Plaintiff files an

amended complaint, Defendants will have 30 days to answer or otherwise respond to the amended complaint, rather than the default period of time set forth in Fed. R. Civ. P. 15(a)(3); and, if Plaintiff files an opposition to Defendants' motion to dismiss, Defendants' reply papers are due on or before December 18, 2025;

    WHEREAS, the parties also agree to defer the Fed. R. Civ. P. 26(f) conference until after any motion to dismiss is resolved;

    WHEREAS, Local Rule 6-2(a) provides that "[t]he parties may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules";

    NOW, THEREFORE, Plaintiff and Defendants, through their counsel, HEREBY STIPULATE AND REQUEST that this Court order as follows:

    1.    Any opposition to Defendants' motion to dismiss shall be filed on or before November 24, 2025, and Defendants' reply papers in support of the motion to dismiss shall be filed on or before December 18, 2025;

    2.    Any amended complaint shall be filed on or before November 24, 2025, and Defendants will have 30 days to answer or otherwise respond to the amended complaint, rather than the default period of time set forth in Fed. R. Civ. P. 15(a)(3);

    3.    The Fed. R. Civ. P. 26(f) conference shall be delayed until after any motion to dismiss is resolved.

**SO STIPULATED AND REQUESTED:**

DATED:  November 19, 2025        MUNGER, TOLLES & OLSON LLP

By:    */s/ Bryan H. Heckenlively*
       BRYAN H. HECKENLIVELY
   Attorneys for Defendants

1  DATED: November 19, 2025

                                    By:    /s/ Jonathan Wallace
                                           JONATHAN WALLACE
                                     Attorneys for Plaintiff (*pro hac vice*)

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed above, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By: _/s/ Jonathan Wallace_
JONATHAN WALLACE
Attorneys for Plaintiff (*pro hac vice*)

**PURSUANT TO STIPULATION, IT IS SO ORDERED** as to all dates other than the Fed. R. Civ. P. 26(f) conference, i.e., the Case Management Conference, which is continued to April 17, 2026, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than April 10, 2026.

Dated: November 20, 2025

_____
THE HONORABLE MAXINE M. CHESNEY
U.S. District Judge
United States District Court
Northern District of California