UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUPA MARYA, M.D.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA; SAM HAWGOOD; CATHERINE LUCEY; ROBERT WACHTER; TRACEY TSUGAWA; BRIAN ALLDREDGE; WON HA; AND DOES 1-20,<br><br>　　　　　Defendants. | Case No. 3:25-cv-04716-MMC<br><br>**STIPULATED JOINT REQUEST TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS AND ORDER THEREON**<br><br>Judge: The Honorable Maxine M. Chesney |

　　　　Plaintiff Rupa Marya, M.D., and Defendants The Regents of the University of California, Sam Hawgood, Catherine Lucey, Robert Wachter, Won Ha, Tracey Tsugawa, and Brian Alldredge, through their counsel, and without admission of any kind, or waiver of any defense, objection, or response, hereby stipulate and request as follows:

　　　　WHEREAS, on October 10, 2025, Defendants moved to dismiss Plaintiff's complaint in this matter;

　　　　WHEREAS, on November 24, 2025, Plaintiff filed an opposition to Defendants' motion to dismiss;

　　　　WHEREAS, per the Court's order of November 20, 2025, Defendants' reply brief in support of the motion to dismiss is due on December 18, 2025;

　　　　WHEREAS, per the Court's order of September 18, 2025, Defendants noticed their motion to dismiss for a hearing on January 30, 2026;

　　　　WHEREAS, counsel for Defendants now has a professional obligation requiring him to be in Los Angeles, California, from January 27 through January 31, 2026;

　　　　WHEREAS, counsel for Plaintiff has a trial set in the Central District of California beginning on January 13, 2026 in which he represents the defendant, and in which the plaintiff's

counsel estimates that it will take 10 court days to present his case, thus making it possible—especially with the federal holiday on January 19—that the jury will not have concluded deliberations by January 30;

WHEREAS, counsel for both parties would be available for a hearing on February 6, 2026 and do not believe a one-week delay would cause any prejudice or substantially affect the overall schedule for the litigation;

WHEREAS, Local Rule 6-2(a) provides that "[t]he parties may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules";

WHEREAS, Item 7 of this Court's Standing Order requires parties "seeking to continue hearings" to "submit a signed stipulation and proposed order, . . . [i]rrespective of whether the parties are in agreement";

NOW, THEREFORE, Plaintiff and Defendants, through their counsel, HEREBY STIPULATE AND REQUEST that this Court order as follows:

1. The hearing on Defendants' motion to dismiss shall be continued from January 30, 2026, to February 6, 2026.

**SO STIPULATED AND REQUESTED:**

DATED: December 11, 2025             MUNGER, TOLLES & OLSON LLP

                                      By:  /s/ Bryan H. Heckenlively
                                           BRYAN H. HECKENLIVELY
                                           Attorneys for Defendants

1 | DATED: December 11, 2025

By: _____/s/ Mark Kleiman_____
MARK KLEIMAN
Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __December 11__, 2025            _____
THE HONORABLE MAXINE M. CHESNEY
U.S. District Judge
United States District Court
Northern District of California