UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUPA MARYA, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA; SAM HAWGOOD; CATHERINE LUCEY; ROBERT WACHTER; TRACEY TSUGAWA; BRIAN ALLDREDGE; WON HA; AND DOES 1-20,<br><br>Defendants. | Case No. 3:25-cv-04716-MMC<br><br>**STIPULATED JOINT REQUEST TO MODIFY BRIEFING SCHEDULE**<br><br>Judge: The Honorable Maxine M. Chesney |

  Plaintiff Rupa Marya, M.D., and Defendants The Regents of the University of California, Sam Hawgood, Catherine Lucey, Robert Wachter, Won Ha, Tracey Tsugawa, and Brian Alldredge, through their counsel, and without admission of any kind, or waiver of any defense, objection, or response, hereby stipulate and request as follows:

  WHEREAS, on January 12, 2026, this Court granted Defendants' motion to dismiss Plaintiff's Complaint in this matter;

  WHEREAS, on February 9, 2026, Plaintiff filed a First Amended Complaint ("FAC");

  WHEREAS, per Federal Rule of Civil Procedure 15(a)(3), Defendants' motion to dismiss the FAC is due on or before February 23, 2026;

  WHEREAS, per Civil L.R. 7-3(a), Plaintiff's opposition to Defendants' motion to dismiss is due on or before March 9, 2026;

  WHEREAS, per Civil L.R. 7-3(c), Defendants' reply in support of the motion to dismiss is due on or before March 16, 2026;

  WHEREAS, in light of conflicting obligations of counsel on other matters, the parties have agreed to a briefing schedule as follows: Defendants' motion to dismiss is due on or before March

2, 2026; Plaintiff's opposition to the motion to dismiss is due on or before March 23, 2026; and Defendants' reply in support of the motion to dismiss is due on April 6, 2026;

WHEREAS, Local Rule 6-2(a) provides that "[t]he parties may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules";

WHEREAS, Item 7 of this Court's Standing Order requires parties "seeking to . . . modify briefing schedules" to "submit a signed stipulation and proposed order, . . . [i]rrespective of whether the parties are in agreement";

NOW, THEREFORE, Plaintiff and Defendants, through their counsel, HEREBY STIPULATE AND REQUEST that this Court order as follows:

1. Defendants' motion to dismiss Plaintiff's FAC shall be filed on or before March 2, 2026;

2. Any opposition to Defendants' motion to dismiss Plaintiff's FAC shall be filed on or before March 23, 2026;

3. Any reply in support of Defendants' motion to dismiss Plaintiff's FAC shall be filed on or before April 6, 2026.

**SO STIPULATED AND REQUESTED:**

DATED: February 11, 2026                MUNGER, TOLLES & OLSON LLP

By:    /s/ Bryan H. Heckenlively
       BRYAN H. HECKENLIVELY
       Attorneys for Defendants

DATED: February 11, 2026

By: /s/ Mark Kleiman
MARK KLEIMAN
Attorneys for Plaintiff

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed above, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By:     */s/ Bryan H. Heckenlively*
          BRYAN H. HECKENLIVELY
          Attorneys for Defendants

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

3  DATED:  February 12, 2026

*[Signature: Maxine M. Chesney]*
THE HONORABLE MAXINE M. CHESNEY
U.S. District Judge
United States District Court
Northern District of California