BRYAN H. HECKENLIVELY (State Bar No. 279140)
bryan.heckenlively@mto.com
SKYLAR B. GROVE (State Bar No. 310707)
skylar.grove@mto.com
MILES W. UNTERREINER (State Bar No. 347959)
miles.unterreiner@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street Twenty-Seventh Floor
San Francisco, California 94105
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendants The Regents of the
University of California, Sam Hawgood,
Catherine Lucey, Robert Wachter, Won Ha,
Tracey Tsugawa, and Brian Alldredge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUPA MARYA, M.D.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA; SAM HAWGOOD; CATHERINE LUCEY; ROBERT WACHTER; TRACEY TSUGAWA; BRIAN ALLDREDGE; WON HA; AND DOES 1-20,<br><br>　　　　　　Defendants. | Case No. 3:25-cv-04716-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br><br>Date:　　　　April 17, 2026<br>Time:　　　　9:00 a.m.<br>Judge:　　　Hon. Maxine M. Chesney<br>Courtroom:　7 |

Case No. 3:25-cv-04716-MMC

[PROPOSED] ORDER

## [PROPOSED] ORDER

The motion by Defendants The Regents of the University of California ("The Regents"), Sam Hawgood, Catherine Lucey, Robert Wachter, Tracey Tsugawa, Brian Alldredge, and Won Ha to dismiss the First Amended Complaint (ECF No. 51) ("FAC") of Plaintiff Rupa Marya pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) came before this Court for a hearing.

The Court, having fully considered all briefing and argument of the Parties, hereby GRANTS Defendants' Motion to Dismiss the FAC on the grounds that follow.

The Court GRANTS Defendants' Motion to Dismiss the FAC as against The Regents because The Regents is an arm of the State of California and may not be sued under § 1983. *Will v. Mich. Dep't of State Police*, 491 U.S. 58, 70-71 (1989); *Armstrong v. Meyers*, 964 F.2d 948, 949-50 (1992).

With respect to the Plaintiff's requests for (1) a declaratory judgment that her constitutional rights have been violated; (2) an order prohibiting The Regents from denying or otherwise infringing upon her medical staff privileges for her speech touching upon issues of public concern; (3) an order prohibiting Defendants from publishing, distributing, referring to or otherwise disseminating or promoting the letter of censure; and (4) an order directing Defendants to refrain from any further act of retaliation against her for her protected speech, FAC Prayer for Relief ¶¶ 1-3, 5, the Court GRANTS Defendants' Motion to Dismiss under Rule 12(b)(1) for failure to allege facts sufficient to establish standing, *see City of Los Angeles v. Lyons*, 461 U.S. 95, 105-107, 107 n.8 (1983), and under Rule 12(b)(6) for failure to adequately plead a claim for First Amendment retaliation, *see Hernandez v. City of Phx.*, 43 F.4th 966, 976 (9th Cir. 2022).

With respect to Plaintiff's request for an order directing Defendants to withdraw and cancel the letter of censure, the Court GRANTS Defendants' Motion to Dismiss under Rule 12(b)(6) for failure to state a claim upon which relief may be granted. This Court is precluded

from reviewing Plaintiff's challenge to the letter of censure, *Doe v. Regents of Univ. of Cal.*, 891 F.3d 1147, 1155 (9th Cir. 2018), and Plaintiff does not adequately plead a claim for First Amendment retaliation, *see Hernandez*, 43 F.4th at 976.

**IT IS SO ORDERED.**

DATED:  _____        _____

Hon. Maxine M. Chesney
United States District Judge
U.S. District Court for the
Northern District of California