Mark Kleiman (SBN 115919)
KLEIMAN / RAJARAM
12121 Wilshire Boulevard, Ste. 810
Los Angeles, CA 90025
Telephone: (310) 392-5455
Facsimile:  (310) 306-8491
Email: mark@krlaw.us

Jonathan D. Wallace  (SBN 1733537)
P.O. Box 728
Amagansett, N.Y. 11930
Telephone:  (917-359-6234
Email:  jonathan.wallace80@gmail.com
*Admitted pro hac vice*

WADE MCMULLEN (SBN 5308747)
1901 Pennsylvania Avenue NW, Suite 900
Washington, DC 20006
Tel: (202) 649-0080
Email: wademc@protonmail.com
 *Admitted pro hac vice*

Attorneys for Plaintiff
RUPA MARYA, M.D.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

-----------------------------------------------------------------------X

RUPA MARYA, M.D.

               PLAINTIFF,

  VS.

REGENTS OF THE UNIVERSITY OF CALIFORNIA;
SAM HAWGOOD; CATHERINE LUCEY; ROBERT
WACHTER; TRACY TSUGAWA; BRIAN ALLDREDGE;
AND DOES 1-20,

               DEFENDANTS.

-----------------------------------------------------------------------X

CASE NO. 3:25-CV-04716-MMC

JUDGE: THE HONORABLE
MAXINE M. CHESNEY

ADMINISTRATIVE MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO

DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

[PROPOSED] ORDER

The Court, having considered Defendants' Administrative Motion to Extend Time forDefendants to Respond to Plaintiff's Motion for a Preliminary Injunction, hereby ORDERS that the  Plaintiff's Motion is GRANTED. IT IS HEREBY ORDERED that Plaintiff shall file her response to Defendants'  motion to dismiss the FirstAmended Complaint on or before April 13, 2026, and that Defendants have until April 27, 2026, to reply.

Hearing on defendants' motion, currently scheduled for April 17, 2026, is hereby CONTINUED to May 22, 2026.

In light of the above, the Initial Case Management Conference, currently scheduled for April 17, 2026, is hereby CONTINUED to August 14, 2026.

IT IS SO ORDERED, this 8th day of April, 2026.

Hon. Maxine M. Chesney
District Judge