IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUPA MARYA, M.D., | Case No. 25-cv-04716-MMC |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO DISMISS; AFFORDING LEAVE TO AMEND** |
| BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. | |

Before the Court is defendants' motion, filed March 2, 2026, "to Dismiss First Amended Complaint." Plaintiff has filed opposition, to which defendants have replied. The matter came on regularly for hearing on May 22, 2026. Jonathan D. Wallace appeared on behalf of plaintiff. Bryan H. Heckenlively of Munger, Tolles & Olson LLP appeared on behalf of defendants.

Having considered the parties' respective written submissions and the arguments of counsel at the hearing, and for the reasons stated in detail on the record at the hearing, the Court finds plaintiff has failed to plead facts sufficient to support standing, namely, redressability.

Accordingly, defendants' motion is hereby GRANTED and the First Amended Complaint is hereby DISMISSED with leave to amend.

Plaintiff's Second Amended Complaint shall be filed no later than July 6, 2026, and defendants' response thereto shall be filed no later than July 27, 2026.

**IT IS SO ORDERED.**

Dated: May 22, 2026

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California