Mark Kleiman (SBN 115919)
KLEIMAN / RAJARAM
12121 Wilshire Boulevard, Ste. 810
Los Angeles, CA 90025
Telephone: (310) 392-5455
Facsimile:  (310) 306-8491
Email: mark@krlaw.us

Jonathan D. Wallace  (SBN 1733537)
P.O. Box 728
Amagansett, N.Y. 11930
Telephone:  (917-359-6234
Email:  jonathan.wallace80@gmail.com
Admitted pro hac vice

WADE MCMULLEN (SBN 5308747)
1901 Pennsylvania Avenue NW, Suite 900
Washington, DC 20006
Tel: (202) 649-0080
Email: wademc@protonmail.com
pro hac vice admission forthcoming

Attorneys for Plaintiff
RUPA MARYA, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUPA MARYA, M.D.,<br><br>        Plaintiff,<br><br>        vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA; SAM HAWGOOD; CATHERINE LUCEY; ROBERT WACHTER; TRACEY TSUGAWA; BRIAN ALLDREDGE; WON HA; AND DOES 1-20,<br><br>        Defendants. | Case No. 3:25-cv-04716-MMC<br><br>**STIPULATED JOINT REQUEST TO EXTEND DEADLINE TO FILE SECOND AMENDED COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: The Honorable Maxine M. Chesney |

Plaintiff Rupa Marya, M.D., and Defendants The Regents of the University of California, Sam Hawgood, Catherine Lucey, Robert Wachter, Won Ha, Tracey Tsugawa, and Brian Alldredge, through their counsel, and without admission of any kind, or waiver of any defense, objection, or response, hereby stipulate and request as follows:

WHEREAS, on June 4, 2025, Plaintiff filed the Complaint in this action;

WHEREAS, on October 10, 2025, Defendants moved to dismiss the Complaint;

WHEREAS, on January 12, 2026, this Court granted Defendants' motion to dismiss the Complaint with leave to amend;

WHEREAS, on February 9, 2026, Plaintiff filed a First Amended Complaint ("FAC");

WHEREAS, on March 2, 2026, Defendants moved to dismiss the FAC;

WHEREAS, on May 22, 2026, this Court granted Defendants' motion to dismiss the FAC with leave to amend;

WHEREAS, this Court ordered that Plaintiff shall file the Second Amended Complaint ("SAC") no later than July 6, 2026;

WHEREAS, a Case Management Conference is currently scheduled for August 14, 2026, at 10:30 a.m.;

WHEREAS, Plaintiff is seeking replacement California counsel because her present attorney is experiencing cardiac issues and is under medical care contraindicating continued representation in this matter;

WHEREAS, a thirty-day extension of the deadline to file a SAC would allow Plaintiff additional time to review the amendment with replacement counsel if possible;

WHEREAS, continuing the Case Management Conference would promote efficiency and allow the parties to approach case management discussions with additional clarity about what is at issue;

WHEREAS, Local Rule 6-2(a) provides that "[t]he parties may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules";

WHEREAS, Item 7 of this Court's Standing Order requires parties "seeking to continue hearings" to "submit a signed stipulation and proposed order, . . . [i]rrespective of whether the parties are in agreement";

STIPULATED JOINT REQUEST TO EXTEND DEADLINE TO FILE SAC AND CONTINUE CMC

NOW, THEREFORE, Plaintiff and Defendants, through their counsel, HEREBY STIPULATE AND REQUEST that this Court order as follows:

1.      Plaintiff's Second Amended Complaint shall be filed no later than Wednesday, August 5, 2026.

2.      The Case Management Conference currently scheduled for August 14, 2026 shall be vacated and reset following Defendants' response to the Second Amended Complaint.

3.      All deadlines related to the Case Management Conference (including the deadlines to serve initial disclosures and file a Joint Case Management Statement) shall be reset upon rescheduling the Case Management Conference.

**SO STIPULATED AND REQUESTED:**

DATED:  June 23, 2026                    MUNGER, TOLLES & OLSON LLP

By:    _/s/ Bryan H. Heckenlively_
        BRYAN H. HECKENLIVELY
        Attorneys for Defendants

DATED:  June 23, 2026

By:    _/s/ Jonathan Wallace_
        JONATHAN WALLACE
        Attorneys for Plaintiff

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed above, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By:   */s/ Jonathan Wallace*
JONATHAN WALLACE
Attorneys for Plaintiff

STIPULATED JOINT REQUEST TO EXTEND DEADLINE TO FILE SAC AND CONTINUE CMC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


DATED: June 23, 2026

THE HONORABLE MAXINE M. CHESNEY
U.S. District Judge
United States District Court
Northern District of California

STIPULATED JOINT REQUEST TO EXTEND DEADLINE TO FILE SAC AND CONTINUE CMC