UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUPA MARYA, M.D.,<br><br>        Plaintiff,<br><br>     vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA; SAM HAWGOOD; CATHERINE LUCEY; ROBERT WACHTER; TRACEY TSUGAWA; WON HA; AND DOES 1-20,<br><br>        Defendants. | Case No. 3:25-cv-04716-MMC<br><br>**STIPULATED JOINT REQUEST TO MODIFY BRIEFING SCHEDULE; ORDER GRANTING JOINT REQUEST**<br><br>Judge: The Honorable Maxine M. Chesney |

Plaintiff Rupa Marya, M.D., and Defendants The Regents of the University of California, Sam Hawgood, Catherine Lucey, Robert Wachter, Won Ha, and Tracey Tsugawa, through their counsel, and without admission of any kind, or waiver of any defense, objection, or response, hereby stipulate and request as follows:

WHEREAS, on June 4, 2025, Plaintiff filed the Complaint in this action;

WHEREAS, on October 10, 2025, Defendants moved to dismiss the Complaint;

WHEREAS, on January 12, 2026, this Court granted Defendants' motion to dismiss the Complaint with leave to amend;

WHEREAS, on February 9, 2026, Plaintiff filed a First Amended Complaint ("FAC");

WHEREAS, on March 2, 2026, Defendants moved to dismiss the FAC;

WHEREAS, on May 22, 2026, this Court granted Defendants' motion to dismiss the FAC with leave to amend;

WHEREAS, on August 4, 2026, Plaintiff filed a Second Amended Complaint ("SAC");

WHEREAS, per Federal Rule of Civil Procedure 15(a)(3), Defendants' motion to dismiss the SAC is due on or before August 18, 2026;

WHEREAS, per Civil L.R. 7-3(a), Plaintiff's opposition to Defendants' motion to dismiss the SAC is due on or before September 1, 2026;

WHEREAS, per Civil L.R. 7-3(c), Defendants' reply in support of their motion to dismiss the SAC is due on or before September 8, 2026;

WHEREAS, in light of conflicting obligations of counsel on other matters, the parties have agreed to a briefing schedule as follows:  Defendants' motion to dismiss the SAC is due on or before September 1, 2026; Plaintiff's opposition to Defendants' motion to dismiss the SAC is due on or before September 29, 2026; and Defendants' reply in support of their motion to dismiss the SAC is due on or before October 13, 2026;

WHEREAS, Local Rule 6-2(a) provides that "[t]he parties may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules";

WHEREAS, Item 7 of this Court's Standing Order requires parties "seeking to continue hearings" to "submit a signed stipulation and proposed order, . . . [i]rrespective of whether the parties are in agreement";

NOW, THEREFORE, Plaintiff and Defendants, through their counsel, HEREBY STIPULATE AND REQUEST that this Court order as follows:

1.    Defendants' motion to dismiss Plaintiff's SAC shall be filed on or before September 1, 2026;

2.    Any opposition to Defendants' motion to dismiss Plaintiff's SAC shall be filed on or before September 29, 2026;

3.    Any reply in support of Defendants' motion to dismiss Plaintiff's SAC shall be filed on or before October 13, 2026.

**SO STIPULATED AND REQUESTED:**

DATED:  August 11, 2026                 MUNGER, TOLLES & OLSON LLP


By:      _/s/ Bryan H. Heckenlively_
         BRYAN H. HECKENLIVELY
Attorneys for Defendants

DATED:  August 11, 2026


By:      _/s/ Jonathan Wallace_
         JONATHAN WALLACE
Attorneys for Plaintiff

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I certify that all other signatories listed above, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

By: _____*/s/ Bryan H. Heckenlively*_____
BRYAN H. HECKENLIVELY
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: August 11, 2026

THE HONORABLE MAXINE M. CHESNEY
U.S. District Judge
United States District Court
Northern District of California

Case No. 3:25-cv-04716-MMC
STIPULATED JOINT REQUEST TO MODIFY BRIEFING SCHEDULE