THOMAS B. HARVEY (SBN 287198)
tbhlegal@proton.me
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida de Los Arboles, #226
Thousand Oaks, California 91360
Telephone: (805) 768-4440

Attorney for Amici Curiae
Faisal Chaudhry, Mohammad Fadel, and Ramsi A. Woodcock

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RUPA MARYA, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA; SAM HAWGOOD; CATHERINE LUCEY; ROBERT WACHTER; TRACEY TSUGAWA; BRIAN ALLDREDGE; WON HA; and DOES 1–20,<br><br>Defendants. | Case No. 3:25-cv-04716-MMC<br><br>**DECLARATION OF THOMAS B. HARVEY IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE** |

I, Thomas B. Harvey, declare as follows:

1. I am a member of the bar of this Court and counsel of record for proposed amici curiae Faisal Chaudhry, Mohammad Fadel, and Ramsi A. Woodcock. I have personal knowledge of the facts stated here.

2. On October 12, 2026, I emailed counsel for plaintiff (Mark Kleiman, Jonathan Wallace, and Wade McMullen) and counsel for defendants (Bryan H. Heckenlively and Miles W. Unterreiner of Munger, Tolles & Olson LLP), described the proposed amicus brief, and asked whether their clients would stipulate to its filing. Later the same day, I sent the same counsel a further email correcting my description of the brief.

3. Plaintiff's counsel, Jonathan Wallace, responded that plaintiff consents. Defendants' counsel, Bryan H. Heckenlively, responded that defendants do not stipulate to the filing of the brief and will oppose this motion. A stipulation therefore could not be obtained before the filing of this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 12, 2026, at Thousand Oaks, California.

/s/ Thomas B. Harvey
Thomas B. Harvey