Mark Kleiman (SBN 115919)
KLEIMAN / RAJARAM
12121 Wilshire Boulevard, Ste. 810
Los Angeles, CA 90025
Telephone: (310) 392-5455
Facsimile: (310) 306-8491
Email: mark@krlaw.us

Jonathan D. Wallace (SBN 1733537)
P.O. Box 728
Amagansett, N.Y. 11930
Telephone: (917-359-6234
Email: jonathan.wallace80@gmail.com
*Admitted pro hac vice*

WADE MCMULLEN (SBN 5308747)
1901 Pennsylvania Avenue NW, Suite 900
Washington, DC 20006
Tel: (202) 649-0080
Email: wademc@protonmail.com
*Admitted pro hac vice*

Attorneys for Plaintiff
RUPA MARYA, M.D.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUPA MARYA, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA; SAM HAWGOOD; CATHERINE LUCEY; ROBERT WACHTER; TRACEY TSUGAWA; BRIAN ALLDREDGE; WON HA; AND DOES 1-20<br><br>Defendants, | **Case No.: 3:25-cv-04716-MMC**<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO ARGUE MOTION TO DISMISS REMOTELY**<br><br>**Judge: Honorable Judge Maxine M. Chesney**<br><br>**Hearing Date: October 30, 2026** |

# ~~[PROPOSED]~~ ORDER

The Court, having considered ~~Defendants'~~ plaintiff's unopposed Administrative Motion for Leave to Argue Motion to Dismiss Remotely, hereby ORDERS that the Plaintiff's Motion is GRANTED. IT IS HEREBY ORDERED that ~~Plaintiff's counsel shall be permitted to attend and argue to~~ the hearing on defendants' Motion to Dismiss will be held via Zoom on October 30, 2026.

IT IS SO ORDERED, this 14th day of October, 2026.

Hon. Maxine M. Chesney
District Judge