United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUPA MARYA, M.D.,
Plaintiff,
v.
BOARD OF REGENTS OF UNIVERSITY OF CALIFORNIA, et al.,
Defendants.

Case No. 25-cv-04716-MMC

**ORDER DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Before the Court is Faisal Chaudhry, Mohammad Fadel, and Ramsi A. Woodcock's (collectively, "Amici") Administrative Motion, filed October 12, 2026, "for Leave to File Brief as Amici Curiae," whereby Amici seek to file arguments in opposition to defendants' pending motion to dismiss plaintiff's Second Amended Complaint. Defendants have filed opposition. The Court, having read and considered the parties' respective written submissions, hereby rules as follows.

"There is no inherent right to file an *amicus curiae* brief with the Court"; leave to file "is left entirely to the discretion of the Court." See Long v. Coast Resorts, Inc., 49 F. Supp. 2d 1177, 1178 (D. Nev. 1999); see also King v. Nat'l Gen. Ins. Co., 2025 WL 1294657, at *9 (N.D. Cal. May 5, 2025). Leave to file may be denied where the brief is "neither timely nor useful." Long, 49 F. Supp. 2d at 1178.

Here, the Administrative Motion is not timely. The instant action was filed on June 4, 2025 (see Doc. No. 1), and defendants filed their "Motion to Dismiss Second Amended Complaint" on September 1, 2026 (see Doc. No. 77). Amici, however, did not reach out to defendants to discuss Amici's potential participation in the briefing until October 12, 2026 (see Doc. No. 83-2 (Declaration of Thomas B. Harvey ¶ 2)), a federal holiday, and only

one day before defendants' Reply in support of their motion to dismiss was due. Although Amici state they did not learn "of the pending motion or its briefing schedule before October 8, 2026" and only "began work on the brief on October 11" (see Mot. at 3:13-15), an explanation set forth in their motion but not in a sworn declaration, they do not explain why, in an exercise of diligence, they did not learn of the lawsuit sooner, nor does it excuse their waiting another four days to contact defendants, particularly in light of the fact that, by then, Amici knew defendants' deadline to file their Reply was imminent. See Mi Familia Vota v. Hobbs, 2022 WL 475986, at *3 (D. Ariz. Feb. 16, 2022) (denying motion for leave to file amicus brief where "[a]mici [did] not explain why they waited to file their leave request").

Moreover, additional briefing is not needed. To the extent Amici's proposed brief raises arguments not made in the briefing to date, the Court, on its own review of the relevant authority, has already located and considered such arguments. See King, 2025 WL 1294657, at *9 (denying motion for leave to file amicus brief; finding proposed briefing "not helpful").

Accordingly, Amici's Administrative Motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: October 20, 2026

MAXINE M. CHESNEY
United States District Judge