United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUPA MARYA, M.D.,

Plaintiff,

v.

BOARD OF REGENTS OF UNIVERSITY OF CALIFORNIA, et al.,

Defendants.

Case No. 25-cv-04716-MMC

**SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPY**

By order filed October 13, 2026, the Court directed plaintiff to submit forthwith a courtesy copy of her "Opposition to Defendants UCSF et al Motion to Dismiss," filed September 29, 2026. Plaintiff has not complied with the Court's order. Plaintiff is hereby again DIRECTED to submit forthwith a courtesy copy of said document.

Parties are expected to comply with court orders without repeated reminders. Accordingly, plaintiff is hereby advised that the Court may impose sanctions for further failures to comply, including, but not limited to, striking from the record any manually or electronically filed documents for which a courtesy copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: October 23, 2026

MAXINE M. CHESNEY
United States District Judge